November 22, 1976.

371 A.2d 524

Camp et al., Appellants, v. Medical Center
of Beaver County, Inc.

Argued November 12,
1976.   George A. Baldwin, Jr., with him Baldwin &
Gropp, for appellants; Wayne S. Luce, with him Luce,
Good, Tosh and Associates, for appellee.

Decree affirmed.

December 10, 1976

371 A.2d 849

Commonwealth ex rel. O'Malley v. Dubyn, Appellant.

Argued December 9, 1976.
Edwin P. Smith, for appellant; R. Michael Owens, for
appellee, Patricia O'Malley, natural mother; Alice Tuohy
O'Shea, for appellee, Baby Boy O'Malley.

Order affirmed and the supersedeas granted herein is
vacated.